# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                                          Case No. _____

                                                                                                Judge _____
**Gatta,, Carney G. Jr.**_____                                 Chapter **13**_____
                                    Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

**[X]** Original                             **[ ]** Modified/Notice Required              **[X]** Discharge Sought

**[X]** Motions Included                     **[ ]** Modified/No Notice Required           **[ ]** No Discharge Sought

Date: **September 27, 2016**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

**Part 1: Payment and Length of Plan**

a.   The debtor shall pay $ **700.00** per **month** to the Chapter 13 Trustee, starting on **10/01/2016** for approximately **60** months.

b.   The Debtor shall make plan payments to the Trustee from the following sources:
     **[X]** Future Earnings
     **[ ]** Other sources of funding (describe source, amount and date when funds are available):

c.   Use of real property to satisfy plan obligations:
     **[ ]** Sale of real property
          Description:
          Proposed date for completion: _____

     **[ ]** Refinance of real property
          Description:
          Proposed date for completion: _____

     **[ ]** Loan modification with respect to mortgage encumbering property
          Description:
          Proposed date for completion: _____

d.   **[ ]** The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.   **[ ]** Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Internal Revenue Service** | **Taxes** | **10,000.00** |
| **State Of New Jersey** | **Taxes** | **1,500.00** |
| **Chapter 13 Standing Trustee** | **507(a)(1) Admin Exp.** | **To Be Determined** |

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered | Remaining Unsecured |
|---|---|---|---|

|  |  | Collateral | Debt |
|---|---|---|---|
| **None** |  |  |  |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
**None**

**e. Secured Claims to Be Paid in Full Through the Plan**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** |  |  |

## Part 5: Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

   ___ Not less than $ _____ to be distributed *pro rata*
   ___ Not less than _____ percent
  **X** *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **None** |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **None** |  |  |

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal*, **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **None** |  |  |  |  |  |  |  |

3

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **None** | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **None** | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

  **X**  Upon Confirmation
  ___ Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

   1) **Trustee Commissions**
   2) **Other Administrative Claims**
   3) **Secured Claims**
   4) **Lease Arrearages**
   5) **Priority Claims**
   6) **General Unsecured Claims**

**d. Post-petition claims** The Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this plan modifies a plan previously filed in this case, complete the information below.

Date of Plan being modified: _____

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

**Part 10: Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: **September 27, 2016**    */s/ Daniel E. Straffi, Jr.*
                                Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: **September 27, 2016**    */s/ Carney G. Gatta*
                                Debtor

                                _____
                                Joint Debtor

Case 16-28421-MBK    Doc 9    Filed 09/30/16    Entered 10/01/16 00:34:04    Desc Imaged
                         Certificate of Notice    Page 5 of 7

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                     Case No. 16-28421-MBK
Carney G. Gatta,, Jr.                                                      Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Sep 28, 2016
                              Form ID: pdf901              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
db             Carney G. Gatta,, Jr.,   180 Brighton Ave,   Unit 24,    Long Branch, NJ  07740-5264
516414894     +Afco Credit Corporation,   14 Wall St Ste 8A-19,   New York, NY  10005-2161
516414895      American Express,   PO Box 278,   Ramsey, NJ  07446-0278
516414896      Bank of America,   NC4-105-03-14,   PO Box 26012,   Greensboro, NC  27420-6012
516414897      Barclays Bank Delaware,   PO Box 8801,   Wilmington, DE  19899-8801
516414898      Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE  19899-8803
516414899     +Bergdorf Goodman,   754 5th Ave,   New York, NY  10019-2581
516414900      Bk of Amer,   PO Box 45144,   Jacksonville, FL  32232-5144
516414903      Cap One,   PO Box 30253,   Salt Lake City, UT  84130-0253
516414904      Cap1/bergd,   26525 N Riverwoods Blvd,   Mettawa, IL  60045-3440
516414905      Carroll McNulty & Kull,   120 Mountainview Blvd,   Basking Ridge, NJ  07920-3454
516414906      Chase,   PO Box 901003,   Fort Worth, TX  76101-2003
516414907      Chase Auto,   PO Box 901003,   Fort Worth, TX  76101-2003
516414909      Chase Card Services,   Correspondence Dept,   PO Box 15278,   Wilmington, DE  19850-5278
516414910      Continental Casualty Company,   333 S Wabash Ave,   Chicago, IL  60604-4107
516414912     +DLA Piper, LLP,   1251 Avenue of the Americas,   New York, NY  10020-0073
516414914    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Credit,    National Bankruptcy Service Center,   PO Box 62180,
                Colorado Springs, CO  80962-2180)
516414913      First Insurance Funding Corp.,   450 Skokie Blvd Ste 1000,   Northbrook, IL  60062-7917
516414916      Home Loan Services,   150 Allegheny Center Mall,   Pittsburgh, PA  15212-5335
516414918     +Jaffe & Asher,   1107 Goffle Road,   Hawthorne, NJ  07506-2000
516414919      Mb Fin Svcs,   36455 Corporate Dr,   Farmington Hills, MI  48331-3552
516414920      PNC,   Attn: PNC Customer Service,   PO Box 53520,   Pittsburg, PA  15253-5230
516414921      Porsche Financial Srvc,   1 Porsche Dr,   Atlanta, GA  30354-1654
516414922      Putnam Leasing Co.,   500 W Putnam Ave Ste 4,   Greenwich, CT  06830-6079
516414926    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,   PO Box 283 Division Of Taxation,
                Trenton, NJ  08695-0283)
516414923      Select Portfolio Servicing, Inc,   PO Box 65250,   Salt Lake City, UT  84165-0250
516414924      Select Portfolio Svcin,   PO Box 65250,   Salt Lake City, UT  84165-0250
516414925      State Of New Jersey,   Dept. of Banking & Insurance,   153 Halsey St,   Newark, NJ  07102-2807
516414928      State Of New Jersey,   Department of Banking & Insurance,   20 W State St,
                Trenton, NJ  08608-1206
516414927      State Of New Jersey,   Judgment Section, PO Box 245,   Department Of Treasury, Div. Of Taxation,
                Trenton, NJ  08695-0445
516414931      Torneau,   3100 47th Ave # 5,   Long Island City, NY  11101-3010
516414932     +United States of America,   United States Attorney General,   970 Broad St Rm 700,
                Newark, NJ 07102-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2016 23:03:46     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2016 23:03:43     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516414901      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 28 2016 22:56:26     Bmw Financial Services,
                5515 Parkcenter Cir,   Dublin, OH  43017-3584
516414902      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Sep 28 2016 22:55:59     Bmw Financial Services,
                Attn: Bankruptcy Department,   PO Box 3608,   Dublin, OH  43016-0306
516414908     +E-mail/Text: bk.notifications@jpmchase.com Sep 28 2016 23:03:32     Chase Auto Finance,
                National Bankruptcy Dept,   201 N Central Ave MSC AZ1-1191,   Phoenix, AZ 85004-1071
516414915      E-mail/Text: hannlegal@hannfinancial.com Sep 28 2016 23:03:22     Hann Financial Service,
                1 Centre Dr,   Jamesburg, NJ  08831-1564
516414917      E-mail/Text: cio.bncmail@irs.gov Sep 28 2016 23:03:15     Internal Revenue Service,
                PO Box 7346,   Special Procedures Branch, Bky Sec.,   Philadelphia, PA  19101-7346
516414930      E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2016 22:56:11     Syncb/tourneau,   C/o,
                PO Box 965036,   Orlando, FL  32896-5036
516414929      E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2016 22:56:10     Syncb/tourneau,   Synchrony Bank,
                PO Box 965064,   Orlando, FL  32896-5064
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516414911   ##+Courter, Kobert & Cohn, PC,   1001 County Road 517,   Hackettstown, NJ 07840-2731
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3            User: admin              Page 2 of 2            Date Rcvd: Sep 28, 2016
                                Form ID: pdf901          Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2016 at the address(es) listed below:
              Daniel E. Straffi    on behalf of Debtor Carney G. Gatta,, Jr. dstraffi1@comcast.net, G25938@notify.cincompass.com
                                                                                              TOTAL: 1